IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blake, Lori D

Printed: 11/13/07

Case Number: 05 B 27852
Judge: Wedoff, Eugene R

Filed: 7/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 26, 2007
Confirmed: September 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,173.90 |  |
| Secured: |  | 3,129.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 300.80 |
| Other Funds: |  | 334.00 |
| Totals: | 6,173.90 | 6,173.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 7,187.29 | 3,129.10 |
| 4. | SBC | Unsecured | 42.40 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,282.50 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 46.17 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 40.68 | 0.00 |
| 8. | OSI Portfolio Services | Unsecured | 205.29 | 0.00 |
| 9. | Drive Financial Services | Unsecured | 27.84 | 0.00 |
| 10. | UCB Collection | Unsecured | 32.10 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 62.94 | 0.00 |
| 12. | B-Line LLC | Unsecured | 87.58 | 0.00 |
| 13. | Nationwide Acceptance Corp | Unsecured | 471.49 | 0.00 |
| 14. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 15. | Blitt & Gaines | Unsecured |  | No Claim Filed |
| 16. | Card Holder Services | Unsecured |  | No Claim Filed |
| 17. | Berton Ring | Unsecured |  | No Claim Filed |
| 18. | Medical Building Bureau | Unsecured |  | No Claim Filed |
| 19. | Secretary Of State | Unsecured |  | No Claim Filed |
| | | | $ 12,896.28 | $ 5,539.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 119.12 |
| 5% | 58.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Blake, Lori D

Printed:  11/13/07

Case Number:  05 B 27852
Judge:  Wedoff, Eugene R
Filed:  7/13/05

|  |  |
|---|---|
| 4.8% | 96.18 |
| 5.4% | 27.05 |
|  | _____ |
|  | $ 300.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_